IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS EUGENE MOORE,

             Plaintiff,                No. CIV S-06-2755 FCD EFB P

     vs.

COUNTY OF SACRAMENTO,
et al.,

           Defendants.        ORDER

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983.  He requests an extension of time to file and serve objections to the November 29, 2007, findings and recommendations recommending dismissal of this action.  *See* Fed. R. Civ. P. 6(b).

      Plaintiff's December 7, 2007, request is granted and plaintiff has 30 days from the date this order is served to file and serve his objections.

      So ordered.

Dated:  December 11, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE