IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS EUGENE MOORE,

    Plaintiff,                      No. CIV S-06-2755 FCD EFB P

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.           ORDER

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve objections to the February 29, 2008 findings and recommendations. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's March 28, 2008, motion for extension of time is granted and plaintiff shall file and serve objections to the findings and recommendations on or before April 20, 2008.

      So ordered.

DATED: April 9, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE