IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS EUGENE MOORE,

    Plaintiff,                      No. CIV S-06-2755 FCD EFB P

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 29, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. On March 17 and April 24, 2008, plaintiff has filed objections to the findings and recommendations.[1]

////

---

[1] Plaintiff also filed, on March 17, 2008, a document styled "Motion for Reconsideration of Magistrate Judge's Order and Findings & Recommendations of February 29, 2008," which the court construes as objections to the magistrate judge's findings and recommendations.

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 29, 2008, are adopted in full;

2. Plaintiff's first amended complaint is dismissed, without further leave to amend, for failure to state a claim; and

3. The Clerk is directed to close the case.

DATED: August 11, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE